ARW:rlr
AO 91 (Rev. 11/11) Criminal Complaint                                                                                               2020R00270

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.                                                                              Case No. 20-MJ-758 (HB)

IVAN HARRISON HUNTER,

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. From on or about May 27, 2020, through on or about May 28, 2020, in Hennepin County, in the State and District of Minnesota, defendant

traveled in interstate commerce with intent (a) to incite a riot, (b) to organize, participate in, and carry on in a riot, (c) to commit an act of violence in furtherance of a riot, and (d) to aid or abet any person inciting and participating in or carrying on in a riot and committing any act of violence in furtherance of a riot; and during the course of such travel or thereafter performed or attempted to perform an overt act, for any of the foregoing purposes either during the course of any such travel or use thereafter, in violation of Title 18, United States Code, Section 2101.

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:    ☒Yes   ☐ No

*Complainant's signature*

Jason Bujold, Special Agent
Federal Bureau of Investigation
*Printed name and title*

SUBSCRIBED and SWORN before me
by reliable electronic means (Facetime and
email) pursuant to Fed. R. Crim. P. 41(d)(3). On
this 19th day of October, 2020.

Date: 10/19/2020

*Judge's Signature*

City and State:  Minneapolis, MN

The Honorable Hildy Bowbeer
United States Magistrate Judge
*Printed Name and Title*