UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 20-250 DSD/TNL

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 2 |
| v. | 18 U.S.C. § 2101 |
| IVAN HARRISON HUNTER, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Riot)

That on or about May 28, 2020, in the State and District of Minnesota, the defendant,

**IVAN HARRISON HUNTER,**

travelled in interstate commerce from Texas to Minneapolis, Minnesota, and used a facility of interstate commerce, with intent to incite a riot, to organize, participate in, and carry on a riot, and to aid or abet any person in inciting or participating in or carrying on a riot, and during the course of such travel or thereafter performed or attempted to perform an overt act for the purposes specified above, including by not limited to:

a. On or about May 28, 2020, **IVAN HARRISON HUNTER**, discharged a firearm at the Third Precinct building of the Minneapolis Police Department located at 3000 Minnehaha Avenue in Minneapolis, Minnesota;

SCANNED
NOV 04 2020
U.S. DISTRICT COURT MPLS

United States v. Ivan Harrison Hunter

In violation of Title 18, United States Code, Sections 2101 and 2.

A TRUE BILL

_____        _____
**UNITED STATES ATTORNEY**                    **FOREPERSON**