UNITED STATES DISTRCT COURT
DISTRICT OF MINNESOTA

---

United States of America*,*

                Plaintiff,

v.
                                     Case No. 20-cr-0193 (MJD/ECW)

Michael Robert Solomon (1) and
Benjamin Ryan Teeter (2),

                Defendants.

----------------------------------------------------------

United States of America,

                Plaintiff,

v.
                                     Case No. 20-cr-0250 (DSD/TNL)

Ivan Harris Hunter,

                Defendant.

----------------------------------------------------------

---

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASES**

---

Case No. 20-cr-0193 (MJD/ECW) having been assigned to Judge Michael J. Davis

and Magistrate Judge Elizabeth Cowan Wright and Case No. 20-cr-0250 (DSD/TNL)

having later been assigned to Judge Davis S. Doty and Magistrate Judge Tony N. Leung, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 20-cr-0250 (DSD/TNL) be assigned to Judge Michael J. Davis and Magistrate Judge Elizabeth Cowan Wright, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same deck from which the original assignment was made pursuant to this Court's Assignment of Cases Order dated January 10, 2020.

**IT IS FINALLY ORDERED** that a copy of this Order shall be filed in each of the above respective files.

Dated:   November 20, 2020            s/ David S. Doty
                                      Davis S. Doty
                                      United States District Judge


Dated:   November 19, 2020            s/ Michael J. Davis
                                      Michael J. Davis
                                      United States District Judge