JOSEPH S. FRIEDBERG, CHARTERED
LAWYERS

SUITE 300  701 BUILDING
701 FOURTH AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55415
612-339-8626
joefriedberg@hotmail.com

December 14, 2020

The Honorable Elizabeth Cowan Wright
St. Paul Federal Courthouse
316 North Robert Street
St. Paul, MN 55101

RE: *United States of America vs. Ivan Harrison Hunter*
   Docket No.: 20-CR-250 (MJD/ECW)

Dear Magistrate Wright:

On behalf of Mr. Hunter, we will not be submitting Motions with respect to the above-mentioned matter and request that the motions hearing currently scheduled for January 5, 2021 be cancelled.

Please feel free to contact me with any questions or concerns.

Respectfully,

Joseph S. Friedberg

JSF:jls