# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CHANGE OF PLEA MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>IVAN HARRISON HUNTER,<br><br>  Defendant. | COURT MINUTES – CRIMINAL<br>BEFORE: Michael J. Davis<br>U.S. District Court<br><br>Case No.: 20-CR-00250-MJD-ECW-1<br>Date: September 30, 2021<br>Court Reporter: Maria Weinbeck<br>Time Commenced: 2:38 p.m.<br>Time Concluded: 3:11 p.m.<br>Time in Court: 33 minutes |

**APPEARANCES:**
  Plaintiff:   Andrew R. Winter, U.S. Attorney's Office
  Defendant:   Joseph S. Friedberg, CJA

**PROCEEDINGS:**
☒ **Change of Plea Hearing:**
  ☒ **PLEA**:
    ☒ Guilty as to Count 1 of the Indictment (no Plea Agreement).
    ☒ A Presentence Investigation and Report requested.
    ☒ Defendant is remanded to the USM.

Date:  September 30, 2021                                                      s/GRR
                                                    Courtroom Deputy to Judge Michael J. Davis