UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-250 (MJD/ECW)

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            **ORDER**

IVAN HARRISON HUNTER,

    Defendant.

This matter came before the Court upon the motion of the United States for an extension of time in which to file its Position on Sentencing.

IT IS HEREBY ORDERED that the motion of the United States for an extension of time [Docket No. 35] is GRANTED. The United States and Defendant shall each file their position pleadings on or before February 21, 2022.

Dated: February 8, 2022

                                                      s/Michael J Davis
                                                      MICHAEL J. DAVIS
                                                      UNITED STATES DISTRICT COURT