Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Ivan Harrison Hunter

Docket No. 0864 0:20CR00250-001(MJD)

Petition on Supervised Release

      COMES NOW Brian James, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Ivan Harrison Hunter** who was sentenced for Riot on April 5, 2022, by the Honorable Michael J. Davis, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- 180 days at a Residential Reentry Center
- 180 days Location Monitoring with Global Positioning System (GPS) Technology
- Internet Restrictions
- Social Media Restrictions
- General Search
- Extremist Material Restrictions
- Polygraph Examinations
- Financial Information Restrictions
- Mental Health Evaluation and Treatment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

      SPECIAL CONDITION - The defendant shall not possess or use a computer or have access to any on-line service without the prior approval of the U.S. Probation and Pretrial Services Office. The defendant's cooperation shall include, but not be limited to, allowing installation of a computer and Internet monitoring program and/or identifying computer systems, Internet-capable devices, and similar memory and electronic devices to which the defendant has access. Monitoring may include random examinations of computer systems along with Internet, electronic, and media storage devices under the defendant's control. The computer system or devices may be removed for a more thorough examination, if necessary. The defendant shall contribute to the cost of such monitoring services, based on the defendant's ability to pay, as deemed appropriate by the U.S. Probation and Pretrial Services Office.

The defendant was previously directed to refrain from searching and viewing any items related to weapons and firearms on the internet. A recent review of his internet activity on his monitored smart phone revealed he continues to view items related to firearms. Though some or all of the items may be related to "airsoft" weapons, this specific issue was previously addressed with the defendant, and use of the internet for these searches was clearly restricted.

MANDATORY CONDITION - If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

A Hillsboro Police Department Report dated January 25, 2025, details contact made between this agency and the defendant. The defendant failed to report this contact with law enforcement to probation.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

The defendant shall participate in a location monitoring program for a period of 60 days. The defendant shall be monitored using global positioning system (GPS) technology. The defendant shall be monitored under the following restrictions:

The defendant shall remain at their residence every day during set hours as directed by the probation officer.

The defendant shall not be required to pay the costs of location monitoring.

| ORDER OF THE COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this **29th** day of **January 2025**, and ordered filed and made a part of the records in the above case. | s/ Brian James<br>Brian James<br>Senior U.S. Probation Officer<br>612-664-5364 |
| s/Michael J. Davis<br>Honorable Michael J. Davis<br>Senior U.S. District Judge | Executed on   January 29, 2025<br>Place             Minneapolis<br><br>Approved:<br><br>s/ *Dawn Arenz*<br>Dawn Arenz<br>Supervisory U.S. Probation Officer |